# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS A. SHARON, DNP, MPN, ARNP-BC,<br><br>    Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., et al.,<br><br>    Defendant. | Case No. 2:22-cv-00453-JCM-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than May 5, 2022, a joint proposed discovery plan.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1